IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| LONE STAR SCM SYSTEMS, LTD., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> BLUEBIRD INC., § <br> § <br> Defendant. § | Civil Action No. 6:21-CV-844-ADA |

### ORDER GRANTING PLAINTIFF LONE STAR SCM SYSTEMS, LTD.'S OPPOSED MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Pending before the Court is Lone Star SCM Systems, Ltd.'s Opposed Motion for Leave to File its Second Amended Complaint for Patent Infringement pursuant to Fed. R. Civ. P. 15(a)(2).

Having considered the motion and other filings on record with the Court, the motion is well taken and is hereby **GRANTED**.

**IT IS ORDERED** that the motion is hereby **GRANTED** and Lone Star's Second Amended Complaint for Patent Infringement (ECF No. 34-1) is deemed filed.

**SIGNED** this 21st day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE