# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LONE STAR SCM SYSTEMS, LTD. | § § | |
| vs. | § § | NO:  WA:21-CV-00844-ADA |
| BLUEBIRD INC. | § | |

## ORDER RESETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MARKMAN HEARING by Public Zoom on August 07, 2023 at 10:00 AM.

IT IS SO ORDERED this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE